FILED
United States Court of Appeals
Tenth Circuit

August 26, 2025

Christopher M. Wolpert
Clerk of Court

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

_____

UNITED STATES OF AMERICA,

    Plaintiff - Appellant,

v.

JARED MICHAEL HARRISON,

    Defendant - Appellee.

No. 23-6028
(D.C. No. 5:22-CR-00328-PRW-1)
(W.D. Okla.)

_____

## JUDGMENT

_____

Before **ROSSMAN**, **KELLY**, and **MURPHY**, Circuit Judges.

_____

    This case originated in the Western District of Oklahoma and was argued by counsel.

    The judgment of that court is reversed. The case is remanded to the United States District Court for the Western District of Oklahoma for further proceedings in accordance with the opinion of this court.

                                    Entered for the Court

                                    CHRISTOPHER M. WOLPERT, Clerk