FILED  
United States Court of Appeals  
Tenth Circuit

November 22, 2023

Christopher M. Wolpert  
Clerk of Court

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

---

UNITED STATES OF AMERICA,

    Plaintiff - Appellant,

v.

JARED MICHAEL HARRISON,

    Defendant - Appellee.

No. 23-6028  
(D.C. No. 5:22-CR-00328-PRW-1)  
(W.D. Okla.)

---

## ORDER

---

This matter is before the court *sua sponte* at the direction of the judges assigned to hear oral argument on January 18, 2024. No later than December 4, 2023, any party may show cause in writing why this matter should not be abated pending the Supreme Court's issuance of a decision in *United States v. Rahimi*, No. 22-915. Alternatively, a party may choose not to respond to this order, which will be deemed acquiescence in abatement.

Entered for the Court,

CHRISTOPHER M. WOLPERT, Clerk