FILED
United States Court of Appeals
Tenth Circuit

## UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

December 11, 2023

Christopher M. Wolpert
Clerk of Court

_____

UNITED STATES OF AMERICA,

    Plaintiff - Appellant,

v.

JARED MICHAEL HARRISON,

    Defendant - Appellee.

No. 23-6028
(D.C. No. 5:22-CR-00328-PRW-1)
(W.D. Okla.)

_____

**ORDER**
_____

This matter is before the court following the expiration of the deadline for the parties to respond to the court's November 22, 2023 order. At the direction of the panel of judges assigned to decide the merits of this appeal, the January 18, 2024 oral argument in this matter is VACATED, and all counsel are excused from attendance. This matter is ABATED pending the Supreme Court's issuance of a decision in *United States v. Rahimi*, No. 22-915. Within 30 days of the date of this order, and every 30 days thereafter, Appellant shall file a status report to advise this court of the status of the proceedings in *Rahimi*. When the Supreme Court issues a decision in *Rahimi*, Appellant shall notify this court forthwith.

          Entered for the Court,

          CHRISTOPHER M. WOLPERT, Clerk