FILED  
United States Court of Appeals  
Tenth Circuit

March 9, 2023

Christopher M. Wolpert  
Clerk of Court

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

---

UNITED STATES OF AMERICA,

    Plaintiff - Appellant,

v.

JARED MICHAEL HARRISON,

    Defendant - Appellee.

No. 23-6028  
(D.C. No. 5:22-CR-00328-PRW-1)  
(W.D. Okla.)

---

## ORDER

---

Before **HARTZ**, Circuit Judge.

---

This matter is before the Court on Appellee's Motion to Continue Appointment. Upon consideration, the motion is granted. Pursuant to 18 U.S.C. §3006A, the Federal Public Defender for the Western District of Oklahoma is appointed as counsel of record to represent the appellee, Jared Michael Harrison. This appointment is effective *nunc pro tunc* to the date the notice of appeal was filed in this matter.

    Entered for the Court

    CHRISTOPHER M. WOLPERT, Clerk